UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KIMBERLY CHARBONEAU MITCHELL

     Plaintiff,

vs.                                                              CASE NO. 05-CV-73869-DT
                                                                   HON. LAWRENCE P. ZATKOFF,

COMMISSIONER OF
SOCIAL SECURITY

     Defendant.
_____/

## **JUDGMENT**

IT IS ORDERED AND ADJUDGED that pursuant to this Court's Opinion and Order dated July 10, 2006, this cause of action is DISMISSED WITH PREJUDICE.

Dated at Port Huron, Michigan, this 10TH day of July, 2006.

                                                                            DAVID J. WEAVER
                                                                            CLERK OF THE COURT

                                      BY:     s/Marie E. Verlinde

APPROVED:


 s/Lawrence P. Zatkoff
LAWRENCE P. ZATKOFF
UNITED STATES DISTRICT JUDGE


S:\Zatkoff\Jim Carroll\Judgment\mitchell.wpd